| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name. Middle initial) Brotman, Stanley S | 2. Court or Organization U.S.D.C, New Jersey | 3. Date of Report 05/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge/Sr. Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ○ Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address 6030 M.H. Cohen US Courthouse 4th & Cooper Streets, Box 1029 Camden, NJ 08102-1029 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman | ABA Judicial Immigration Education Project |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 13 P 3:0 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brotman, Stanley S | 05/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Director, American Automobile Association, Club of South New Jersey |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Seminar on "Law and Terrorism", FJC | 3/10 - 3/12/04, Durham, N.C. (Discussion, Lodge, Food) |
| 2. | NY Intellectual Property Law Association | 3/26 - 3/27/04 , New York City (Lodge, Food) |
| 3. | National Workshop for District Judges, FJC | 4/19 - 4/21/04, Phila, PA (Discussion, Trans., Lodge, Food) |
| 4. | Joint Workshop for 2nd & 3rd Circuit Judges, FJC | 4/25 - 4/27/04, New Paltz, NY (Discussion, Trans., Lodge, Food) |
| 5. | Third Circuit Judicial Conference | 11/2 - 11/5/04, Hershey, PA (Discussion, Trans., Lodge, Food) |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Advantage Primary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S.Enviro Systems,Inc. c/s (formerly Cogenic Energy) System | A | None | J | T | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat.Bank, Vineland, NJ (chkg acct) | A | Interest | K | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Wachovia Cap. Acct., formerly Command Money Fund/Prudential | B | Interest | J | T | | | | | |
| 9. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ███████TRUST: | | | | | | | | | |
| 13. - GlenmedeFund Inc-Tax Exempt Cash Port prin. cash&reserve | C | Interest | M | T | | | | | |
| 14. - Passaic Co. NJ Genl Impt Mbia(dtd 12/1/92;due12/01/05) | C | Interest | K | T | | | | | |
| 15. - NJ St Hwy Au Esc (dtd 8/15/78;due 1/1/11) | A | Interest | J | T | Called | 1/2 | J | | |
| 16. - Little Egg Hbr Mun Util Wtr & Swr(dtd 3/1/97;due 7/1/06) | B | Interest | K | T | | | | | |
| 17. - NJ St Edl Fac Auth Drew Univ. (dtd 3/15/97;due 3/1/04) | B | Interest | L | T | Maturity | 3/1 | L | | |
| 18. - Manalapan EnglishtownNJRegl BrdEd(dtd 6/1/93;due5/1/07) | C | Interest | L | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | | | | (3) | (4) | (5) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

J

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 38. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 39.   - Glenmede Fund, Inc.: Strategic Equity Part | A | Int/Div | M | T | | | | | |
| 40. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 41.   - Glenmede Fund, Inc. : Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 42. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 43.   - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |
| 44. Verizon c/s | A | Dividend | J | T | | | | | |
| 45. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 46. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 47. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 48. Intel c/s | A | Dividend | K | T | | | | | |
| 49. NJ Healthcare Fac. (dtd 7/1/94; due 7/1/03) | A | Interest | J | T | | | | | |
| 50. Edgewater NJ Series 1997 (dtd 9/15/97; due 7/2004) | A | Interest | J | T | Maturity | 7/15 | J | | |
| 51. Somerset Cty,NJ,Gen.Obl.Series 1998(dtd12/1/98;due12/1/06) | A | Interest | K | T | | | | | |
| 52. Israel Bonds | A | Interest | J | T | | | | | |
| 53. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 54. ▉▉▉▉▉TRUST: | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Home Depot, Inc. c/s | A | Dividend | K | T | | | | | |
| 56. - American International Group c/s | A | Dividend | J | T | | | | | |
| 57. - Burlington Cnty NJ Gen Imp GO (dtd 7/5/98; due 7/15/2009) | B | Interest | K | T | Called | 7/15 | K | | |
| 58. - American International Group c/s | A | Dividend | K | T | | | | | |
| 59. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 60. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 61. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | K | T | | | | | |
| 62. - NJ Healthcare FacFing Auth. Rev(dtd1/1/98 4.2%;due7/1/05) | B | Interest | K | T | | | | | |
| 63. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 64. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 65. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 66. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 67. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 68. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 69. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 70. Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 71. Parsippany-Troy Hills Twp.NJ (dtd 6/2/92;due 4/1/06) | A | Interest | K | T | | | | | |
| 72. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 74. ▮▮▮▮ TRUST: | | | | | | | | | |
| 75. - Glassboro,NJSchlDist,FSA, dtd 7/1/01,4 3/4%,7/1/11 | A | Interest | K | T | | | | | |
| 76. - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 77. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 78. THE GLENMEDE TRUST CO.(IRAI): | | | | | | | | | |
| 79. - Glenmede Fund, Inc.; Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 80. - Glenmede Maxi-Cap Index Fund | B | Dividend | L | T | Sale | 6/01 | L | | |
| 81. - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Part.Sale | 11/23 | J | | |
| 82. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 83. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 84. - Glenmede Max-Cap Index Fund | A | Dividend | K | T | Sale | 6/01 | K | | |
| 85. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Part Sale | 11/23 | J | | |
| 86. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 87. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 88. Kraft Foods, Inc.CLA c/s | A | Dividend | J | T | | | | | |
| 89. NJSt.Transit Sys 1993 (dtd 4/10/93 4.60 due 6/15/01) | B | Interest | K | T | | | | | |
| 90. Essex Cnty.Gen.Oblig.(dtd 11/15/95 5.00 due 11/15/06) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1.001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50.001-$100.000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15.001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500.001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ███████ TRUST | | | | | | | | | |
| 92. - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 93. - Pfizer, Inc. c/s | A | Dividend | K | T | Sale | 11/15 | K | | |
| 94. - Target Corp. c/s | A | Dividend | K | T | | | | | |
| 95. - United Parcel Service c/s | A | Dividend | K | T | | | | | |
| 96. NJ ST.HSG&MTG FIN ACY BOND dtd 2/05/02;due 5/1/08 3.65% | A | Interest | K | T | | | | | |
| 97. Maplewood Twp,NJ dtd 12/01/95;due 12/1/04 4.50% | A | Interest | K | T | Maturity | 12/1 | K | | |
| 98. Hudson Cty NJ Corr.Fac. dtd 12/15/02;12/1/05 2.00% | C | Interest | M | T | | | | | |
| 99. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 100. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 101. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 102. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due 8/01/09 3.25% | A | Interest | K | T | | | | | |
| 103. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 104. Evergreen Managed Income Fund, PFD SHS SER | B | Interest | L | T | | | | | |
| 105. Lucent Technologies, c/s | A | Dividend | J | T | | | | | |
| 106. Allianz RCM Innovation Fund formerly PIMCO Pea Innov. Fund | A | Interest | J | T | | | | | |
| 107. Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 108. CD Franklin Bank, Austin, TX; 1.350 dtd 8/20/03, due 5/20/04 | B | Interest | L | T | Maturity | 5/20 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | CD Nicolet Bank, Green Bay WI, 1.70 dtd 5/21/03, due 5/20/04 | B | Interest | L | T | Maturity | 11/22 | L | | |
| 110. | S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 6/1/04 | A | Interest | K | T | | | | | |
| 111. | CD Cap.One Bank, McClain, VA, 2.0 dtd 11/26/03, due 11/26/04 | B | Interest | L | T | Maturity | 11/26 | L | | |
| 112. | ▮▮▮▮TRUST | | | | | | | | | |
| 113. | - Goldman Sacks Group c/s | A | Dividend | K | T | | | | | |
| 114. | - United Parcel Service c/s | A | Dividend | K | T | | | | | |
| 115. | - Dell, Inc. c/s | A | Dividend | K | T | | | | | |
| 116. | - S&P 500 Depository Receipts | A | Interest | L | T | | | | | |
| 117. | - Mercer County, NJ Imp. Auth. . 3.0, dtd 2/15/03 due 9/1/03 | A | Interest | L | T | | | | | |
| 118. | - Anheuser Busch Cos, Inc. | A | Dividend | K | T | | | | | |
| 119. | - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 120. | - Pfizer, Inc., c/s | A | Dividend | J | T | | | | | |
| 121. | ▮▮▮▮TRUST | | | | | | | | | |
| 122. | - Cisco Systems, c/s | | None | K | T | Buy | 3/23 | | | |
| 123. | | | | | | Sold | 9/23 | K | | |
| 124. | - Comcast Corp., c/s | | None | K | T | Buy | 3/23 | | | |
| 125. | - Devon Energy Corp., c/s | A | Dividend | J | T | Buy | 3/23 | | | |
| 126. | | | | | | Stock Split | 11/16 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Walt Disney Co., c/s | A | Dividend | J | T | Buy | 3/23 | | | |
| 128. - Johnson Controls, c/s | A | Dividend | K | T | Buy | 3/23 | | | |
| 129. - Lowes Cos, Inc. c/s | A | Dividend | K | T | Buy | 3/23 | | | |
| 130. - Oracle Systems, c/s | | None | K | T | Buy | 3/23 | | | |
| 131. - 3M Co, c/s | A | Dividend | K | T | Buy | 8/19 | | | |
| 132. - Walt Disney, Co., c/s | A | Dividend | J | T | Buy | 8/19 | | | |
| 133. - Home Depot, Inc., c/s | A | Dividend | J | T | Buy | 8/19 | | | |
| 134. - Lowes Cos, Inc. c/s | A | Dividend | J | T | Buy | 8/19 | | | |
| 135. - Wachovia Corporation, c/s | A | Dividend | K | T | Buy | 8/19 | | | |
| 136. - Kellogg Co., c/s | A | Dividend | J | T | Buy | 9/22 | | | |
| 137. - Proctor & Gamble Co., c/s | A | Dividend | J | T | Buy | 9/22 | | | |
| 138. - Cisco Systems, c/s | | None | K | T | Buy | 11/22 | | | |
| 139. - Medtronic, Inc.,c/s | A | Dividend | K | T | Buy | 11/22 | | | |
| 140. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | Buy | 11/29 | | | |
| 141. - York PA Subn School District dtd 12/15/04, due 2/15/05, 3% | B | Interest | L | T | Buy | 12/15 | | | |
| 142. - Commerical Bk. Thomasville, GA CTF Dep. dtd 5/04 due 5/05 | B | Interest | L | T | Buy | 5/20 | L | | |
| 143. - Lehman Bro. 2.35% dtd 11/24/04 due 5/24/05 | B | Interest | L | T | Buy | 11/18 | L | | |
| 144. - Corus Bk., 2.1% dtd 8/29/03 due 8/29/05 | B | Interest | L | T | Buy | 12/03 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Freescale Semiconductor, c/s | | None | J | T | Spin Off | 7/1 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1.001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
|  | Brotman, Stanley S | 05/12/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

(a) Entries 1 and 2 of the 2003 Financial Disclosure Report reflect former Money Market Funds which with change in managers have been consolidated into one Money Market Fund in my Oppenheimer Account entitled "Advantage Primary Liq Fd. Entry 1 with its new designation "Advantage Primary Liq Fd" survives.

(b) Entry 90 of the 2003 Financial Disclosure Report includes "Glenmede Maxi-Cap Index Fund" as an asset which was in fact sold on 6/28/01. Such sale was inadvertently omitted in the 2001 Financial Disclosure Report and is reflected herein as entry 80.

( c) Entry 94 of the 2003 Financial Disclosure Report includes "Glenmede Maxi-Cap Index Fund" as an asset which was in fact sold on 6/28/01. Such sale was inadvertently omitted in the 2001 Financial Disclosure Report and is reflected herein as entry 84.

(d) Entry 13 of this report reflects a consolidation of entries 16 and 36 of the 2003 Financial Disclosure Report.

(e) Entries 39, 41, 43, 65, 67, 69 of this report have been amended to note the correct name of the assets in each of such entries is "Glenmede Fund, Inc.: Strategic Equity Part".

(f) The Entry number reflected in entry 9 of Section VIII of the 2003 Financial Disclosure Report should have been #128, not #134.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brotman, Stanley S | 05/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date_____ 5/12/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY S. BROTMAN**
SENIOR JUDGE

MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., BOX 1029
CAMDEN, NJ 08101-1029
Phone: (856) 757-5062
Fax: (856) 757-5478

August 22, 2005

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office
of the U.S. Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

      Re:    Financial Disclosure Report - 2004

Dear Judge Lisi:

      This is to acknowledge the receipt of your letter of August 2, 2005 calling my attention to certain additional information required by Section 102 of the Act which is still needed to complete my report.

      I respond accordingly:

As to Part VII of the Report, page 7:

Line 122      Is amended to insert in Column D(3) Value Code "K"
Line 124      Is amended to insert in Column D(3) Value Code "K"
Line 125      Is amended to insert in Column D(3) Value Code "J"

As to Part VII of the Report, page 8:

Line 127      Is amended to insert in Column D(3)Value Code "J"
Line 128      Is amended to insert in Column D(3)Value Code "K"
Line 129      Is amended to insert in Column D(3)Value Code "K"
Line 130      Is amended to insert in Column D(3)Value Code "K"
Line 131      Is amended to insert in Column D(3)Value Code "K"
Line 132      Is amended to insert in Column D(3)Value Code "J"
Line 133      Is amended to insert in Column D(3)Value Code "J"
Line 134      Is amended to insert in Column D(3)Value Code "J"
Line 135      Is amended to insert in Column D(3)Value Code "K"

FINANCIAL DISCLOSURE OFFICE
2005 AUG 24 A 11: 02
RECEIVED

Line 136     Is amended to insert in Column D(3)Value Code "J"
Line 137     Is amended to insert in Column D(3)Value Code "J"
Line 138     Is amended to insert in Column D(3)Value Code "K"
Line 139     Is amended to insert in Column D(3)Value Code "K"
Line 140     Is amended to insert in Column D(3)Value Code "K"
Line 141     Is amended to insert in Column D(3)Value Code "L".

I understand that the written response to your letter will be considered an amendment to my 2004 report and is releasable to members of the public, and is included within the certification of Part IX of the report.

I trust the information contained herein satisfactorily responds to your request of August 2, 2005. Should you require any further information, please advise.

Sincerely,

Stanley S. Brotman
United States District Judge

SSB/jk